RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/23/05

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Earl A. Robinson | Civil Action No. 6:04-CV-2594 |
| versus | Judge Tucker L. Melançon |
| Warden, Louisiana State Penitentiary | Magistrate Judge Methvin |

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed on August 9, 2005 [Rec. Doc. 9] in the above captioned case subsequent to the Court's July 25, 2005 Judgment [Rec. Doc. 8] denying petitioner's §2254 motion,

Having considered the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), the Court hereby finds that a certificate of appealability should not issue for the following reason:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge issued herein on March 2, 2005 [Rec. Doc. 6], the Court finds that the petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. 2244(d).

Thus done and signed this _____ day of August, 2005 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 8/23/05
BY PJ
TO TM